UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                               §
                                     §
BLAIR, CYNTHIA                       §     Case No. 11-00353
                                     §
         Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/17/2011 in Courtroom 619,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/25/2011          By: /s/ Andrew J. Maxwell
                                          Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
BLAIR, CYNTHIA § Case No. 11-00353
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,082.19 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,082.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,258.22 | $ 0.00 | $ 1,258.22 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,258.22 |
| Remaining Balance | $ 3,823.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,388.68  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  11.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 2,556.54 | $ 0.00 | $ 301.84 |
| 000002 | PYOD LLC its successors & assigns | $ 462.07 | $ 0.00 | $ 54.55 |
| 000003 | Cb Usa Inc | $ 343.75 | $ 0.00 | $ 40.58 |
| 000004 | SALLIE MAE INC, ON BEHALF OF THE | $ 27,638.82 | $ 0.00 | $ 3,263.18 |
| 000005 | Portfolio Recovery Associates, LLC | $ 1,387.50 | $ 0.00 | $ 163.82 |

Total to be paid to timely general unsecured creditors    $    3,823.97

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-00353-JPC
Cynthia Blair                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker              Page 1 of 2                  Date Rcvd: Nov 10, 2011
                              Form ID: pdf006            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
```
db         +Cynthia Blair,    8215 S Evans,    Apt 2,    Chicago, IL 60619-5305
16637010   +77th St Depo,    210 W 79th St,    Chicago, IL 60620-1128
16637011   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16637013    Bsi Financial Services,    101 N 2nd St,    Titusville, PA 16354
17631302    Capital One Auto Finance,    PO Box 829009,    Dallas, TX 75382-9009
16637015   +Cb Usa Inc,    5252 S Hohman Ave,    Hammond, IN 46320-1711
16637017   +Emerge,    Payment Processing,    PO Box 23007,    Columbus, GA 31902-3007
16637018   +Emerge/fnbo,    Po Box 105555,    Atlanta, GA 30348-5555
16637019   +Encore,    PO Box 47248,    Oak Park, MI 48237-4948
16637020   +First National Bank,    3256 Ridge Road,    Lansing, IL 60438-3128
16637022   +Hrs/filnbmnt,    90 Christiana Rd,    New Castle, DE 19720-3118
16637023   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16637024   +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
16637026   +Nbgl-carsons,    Po Box 15521,    Wilmington, DE 19850-5521
17538134  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Carsons,   POB 41067,
             Norfolk VA 23541)
16637027   +Providian,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
16637028   +Roberts & Weddle, LLc,    111 N. Canal,    Suite 885,    Chicago, IL 60606-7222
17504449    SALLIE MAE INC, ON BEHALF OF THE,    DEPARTMENT OF EDUCATION,    P.O. BOX 740351,
             ATLANTA, GA 30374-0351
16637029   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16637030   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16637031   +Spiegel,    Attn: Bankruptcy,    Po Box 9428,    Hampton, VA 23670-0428
16637032   +University of Chicago Hospitals,    1122 Paysphere Circle,    Chicago, IL 60674-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16637014   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Nov 10 2011 20:07:12
             Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16637016   +E-mail/PDF: pa_dc_ed@salliemae.com Nov 10 2011 22:04:39     Dept Of Ed/sallie Mae,    Po Box 9635,
             Wilkes Barre, PA 18773-9635
16637021   +E-mail/Text: BKNOTICES@EAFLLC.COM Nov 10 2011 20:07:38     Hilco Rec,   Attn: Bankruptcy,
             1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
16637025   +E-mail/Text: brenden.magnino@mcmcg.com Nov 10 2011 20:06:19     Midland Credit Management,
             Po Box 939019,    San Diego, CA 92193-9019
17315659   +E-mail/Text: brenden.magnino@mcmcg.com Nov 10 2011 20:06:19     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17345818   +E-mail/Text: resurgentbknotifications@resurgent.com Nov 10 2011 20:05:29
             PYOD LLC its successors & assigns,    as assignee of Citibank NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16637012  ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: vwalker              Page 2 of 2           Date Rcvd: Nov 10, 2011
                              Form ID: pdf006            Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**                    **Signature:**    _Joseph Speetjens_