UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BLAIR, CYNTHIA § Case No. 11-00353
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bsi Financial Services 101 N 2nd St Titusville, PA 16354 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 77th St Depo 210 W 79th St Chicago, IL 60620 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Emerge Payment Processing PO Box 23007 Columbus, GA 31902 | | | | | |
| | Emerge/fnbo Po Box 105555 Atlanta, GA 30348 | | | | | |
| | Encore PO Box 47248 Oak Park, MI 48237 | | | | | |
| | First National Bank 3256 Ridge Road Lansing, IL 60438 | | | | | |
| | Hilco Rec Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hrs/filnbmnt 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Providian Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Roberts & Weddle, LLc 111 N. Canal Suite 885 Chicago, IL 60606 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Spiegel Attn: Bankruptcy Po Box 9428 Hampton, VA 23670 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University of Chicago Hospitals 1122 Paysphere Circle Chicago, IL 60674 | | | | | |
| 000003 | CB USA INC | | | | | |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS & ASSIGNS | | | | | |
| 000004 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-00353 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BLAIR, CYNTHIA | | | Date Filed (f) or Converted (c): | 01/05/11 (f) |
| | | | | 341(a) Meeting Date: | 02/11/11 |
| For Period Ending: | 01/13/12 | | | Claims Bar Date: | 08/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 6517 S. Saint Lawrence, Chi | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account with Bank of America | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. Miscellaneous used household goods | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. Personal used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 401k through ICMARC | 31,926.40 | 0.00 | DA | 0.00 | FA |
| 7. Estimated 2010 Tax Refund | 6,250.00 | 3,060.00 | | 5,082.00 | FA |
| 8. 2006 kia Montee Milage: 88,000 value based on Kell | 7,000.00 | 4,600.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.19 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $116,286.40     $7,660.00          $5,082.19     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10-25-2011- TFR filed

LFORM1

Ver: 16.04e

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-00353   JPC   Judge: JACQUELINE P. COX | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BLAIR, CYNTHIA | Date Filed (f) or Converted (c): 01/05/11 (f) |
| | | 341(a) Meeting Date: 02/11/11 |
| | | Claims Bar Date: 08/17/11 |

asset notice filed, claim bar date 8/17/11

non-exempt tax refund and bank account collected

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-00353 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BLAIR, CYNTHIA | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | 4437784830  Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6914638 |  |  |
| For Period Ending: | 01/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/17/11 | 7 | Cynthia Blair |  | 1124-000 | 5,082.00 |  | 5,082.00 |
| 05/31/11 | 9 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 |  | 5,082.02 |
| 06/30/11 | 9 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 |  | 5,082.06 |
| 07/29/11 | 9 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 |  | 5,082.10 |
| 08/31/11 | 9 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 |  | 5,082.15 |
| 09/29/11 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 |  | 5,082.19 |
| 09/29/11 |  | Transfer to Acct #4437785295 | Final Posting Transfer | 9999-000 |  | 5,082.19 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,082.19 | 5,082.19 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,082.19 |
| Subtotal | 5,082.19 | 0.00 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 5,082.19 | 0.00 |

Page Subtotals       5,082.19       5,082.19

Ver: 16.04e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-00353 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BLAIR, CYNTHIA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4437785295  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6914638 | | | |
| For Period Ending: | 01/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/11 | | Transfer from Acct #4437784830 | Transfer In From MMA Account | 9999-000 | 5,082.19 | | 5,082.19 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.47 | 5,075.72 |
| 11/08/11 | | Bank of America | Reversal of BOA Service Fee | 2600-000 | 6.47 | | 5,082.19 |
| 11/22/11 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE | 2100-000 | | 1,258.22 | 3,823.97 |
| 11/22/11 | 001002 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | | 7100-000 | | 301.84 | 3,522.13 |
| 11/22/11 | 001003 | PYOD LLC its successors & assigns<br>as assignee of Citibank NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | | 7100-000 | | 54.55 | 3,467.58 |
| 11/22/11 | 001004 | Cb Usa Inc<br>5252 S Hohman Ave<br>Hammond, IN 46320 | | 7100-000 | | 40.58 | 3,427.00 |
| 11/22/11 | 001005 | SALLIE MAE INC, ON BEHALF OF THE<br>DEPARTMENT OF EDUCATION | | 7100-000 | | 3,263.18 | 163.82 |

Page Subtotals          5,088.66        4,924.84

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-00353 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BLAIR, CYNTHIA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4437785295  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6914638 | | | |
| For Period Ending: | 01/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 740351<br>ATLANTA, GA 30374-0351 | | | | | |
| 11/22/11 | 001006 | Portfolio Recovery Associates, LLC<br>c/o Carsons<br>POB 41067<br>Norfolk VA 23541 | | 7100-000 | | 163.82 | 0.00 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.37 | -5.37 |
| 12/06/11 | | Bank of America | Reversal of BOA service fee | 2600-000 | 5.37 | | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 5,094.03   5,094.03   0.00 |
| Less: Bank Transfers/CD's | 5,082.19   0.00 |
| Subtotal | 11.84   5,094.03 |
| Less: Payments to Debtors | 0.00 |
| Net | 11.84   5,094.03 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4437784830 | 5,082.19 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4437785295 | 11.84 | 5,094.03 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,094.03 | 5,094.03 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       5.37       169.19

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-00353 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BLAIR, CYNTHIA | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4437785295 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6914638 | | |
| For Period Ending: | 01/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.04e